IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| WAYNE DALE KELLBERG, | CV 18-176-M-DLC-JCL |
|---|---|
| Plaintiff, | JUDGMENT |
| vs. | |
| FBI SUPERVISOR RICKY SHELBOURNE, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Plaintiff and against the Defendant. This action is dismissed with prejudice.

Dated this 29th day of November, 2018.

TYLER P. GILMAN, CLERK

By: /s/ N. Stephens
N. Stephens, Deputy Clerk